IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEPHEN BRECKENRIDGE
OLIVER et al.,

    Plaintiffs,

v.                          CASE NO. 5:18cv139-RH/GRJ

STATE OF FLORIDA et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

In their second amended complaint, the plaintiffs apparently assert claims against three Florida state agencies (the Division of Corporations, Department Of Health, and Department of State) and against a single state official (the Surgeon General, who is also the Secretary of the Department of Health). The plaintiffs have abandoned any claims against other defendants who were named in earlier versions of the complaint.

The case is before the court on the magistrate judge's report and recommendation, ECF No. 17. No objections have been filed.

The report and recommendation correctly concludes that for Eleventh Amendment purposes, the state agencies are treated the same as the state itself. The Eleventh Amendment thus bars the claims against the agencies. *See, e.g.*, *Seminole Tribe of Fla. v. Florida*, 517 U.S. 44 (1996) (holding that a state sued in its own name has Eleventh Amendment immunity, regardless of the relief sought, unless the immunity has been waived or validly abrogated by Congress). The Eleventh Amendment also bars the claims against the Surgeon General, because the plaintiffs demand only damages, not injunctive relief, and any damages award would be payable from the state treasury. *See, e.g.*, *Edelman v. Jordan*, 415 U.S. 651 (1974) (holding that the Eleventh Amendment bars retrospective relief that would be payable from the state treasury).

Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed without prejudice based on Eleventh Amendment immunity." The clerk must close the file.

SO ORDERED on August 3, 2018.

s/Robert L. Hinkle<br>
United States District Judge